1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 | WILLIAM HELM, DEBORAH PRISE, | ) | No. CV 08-01184 SI |
15 | HEATHER P. RADY, et al., on behalf of | ) | |
   | themselves and all other employees and former | ) | |
16 | employees similarly situated, | ) | [PROPOSED] ORDER EXTENDING |
   | | ) | DEADLINE TO COMPLY WITH ADR |
17 | Plaintiffs, | ) | REQUIREMENTS |
18 | vs. | ) | |
19 | ALDERWOODS GROUP, INC., PAUL A. | ) | |
20 | HOUSTON, SERVICE CORPORATION | ) | |
   | INTERNATIONAL, SCI FUNERAL AND | ) | |
21 | CEMETERY PURCHASING | ) | |
   | COOPERATIVE, INC., SCI EASTERN | ) | |
22 | MARKET SUPPORT CENTER, L.P., SCI | ) | |
23 | WESTERN MARKET SUPPORT CENTER, | ) | |
   | L.P., a/k/a SCI WESTERN MARKET | ) | |
24 | SUPPORT CENTER, INC., and SCI | ) | |
   | HOUSTON MARKET SUPPORT CENTER, | ) | |
25 | L.P. | ) | |
26 | | ) | |
   | Defendants. | ) | |
27

28 [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
   REQUIREMENTS                                                    1

   Case No.:  CV 08-01184 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to the U.S. District Court for the Western District of Pennsylvania. The court will set a new date for compliance with the aforementioned ADR requirements at the time of the initial Case Management Conference which will be held on July 25, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS                                                                          2

Case No.:  CV 08-01184 SI