1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone: (415) 433-6830
    Facsimile:  (415) 433-7104
5
6   Attorneys for Plaintiffs

7   (Additional Counsel for Plaintiffs on the following page)

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12                                          Case Nos. C 08-1190-SI, C 08-1184-SI

13  CLAUDE BRYANT, et al.,                  STIPULATION OF SUBSTITUTION
    On behalf of themselves and all employees   OF COUNSEL FOR PLAINTIFFS AND
14  similarly situated,                     NOTICE OF APPEARANCE OF NEW
                                            COUNSEL
15                  Plaintiffs,

16  v.

17  SERVICE CORPORATION
    INTERNATIONAL , et al.,
18
                    Defendants.
19

20  WILLIAM HELM, et al. On behalf of
21  themselves and all employees similarly
    situated,
22                  Plaintiffs,
    v.
23
    ALDERWOODS GROUP, INC., et al.,
24
                    Defendants.
25

26      PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27  subsitute one of their counsel and attorneys of record in this matter as follows:

28  Former Counsel:     Rosen, Bien and Galvan, LLP

    STIP OF SUBSTITUTION OF COUNSEL FOR     1    Case Nos. C 08-1190-SI, C 08-1184-SI
    PLTF AND NOT OF APP OF NEW COUNSEL

1    Sanford Jay Rosen
     Maria V. Morris
     Lori E. Rifkin
2    315 Montgomery Street, Tenth Floor
     San Francisco, CA 94104
3    (415) 433-6830

4    New Counsel:    Burnham Brown
                     Robert M. Bodzin
5                    P.O. Box 119
                     Oakland, California 94604-0119
6                    (510) 444-6800

7

8    PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

     LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs
9

10   DATED: October 23, 2008              ROSEN, BIEN & GALVAN, LLP
11
12                                        By
13                                        Sanford Jay Rosen, State Bar No. 62566
                                          Maria V. Morris, State Bar No. 223903
14                                        Lori E. Rifkin, State Bar No. 244081

15                                        315 Montgomery Street, Tenth Floor
                                          San Francisco, CA 94104
16                                        Telephone: (415) 433-6830

17
     DATED: October 23, 2008              BURNHAM BROWN
18
19                                        By
20                                        Robert M. Bodzin, State Bar No. 201327
                                          P.O. Box 119
21                                        Oakland, CA 94604-0119
                                          Telephone: (510) 444-6800
22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR        2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

1    Additional Counsel for Plaintiffs

2    J. Nelson Thomas, NY Attorney No. 2579159
     Patrick J. Solomon, NY Attorney No. 2716660
3    Annette Gifford, NY Attorney No. 4105870
     DOLIN, THOMAS & SOLOMON LLP
4    693 East Avenue
     Rochester, NY 14607
5    Telephone: (585) 272-0540
     Facsimile: (585) 272-0574
6
     Charles H. Saul, PA State Bar No. 19938
7    MARGOLIS EDELSTEIN
     525 William Penn Place, Suite 3300
8    Pittsburgh, PA 15219
     Telephone: (412) 281-4256
9    Facsimile: (412) 642-2380

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR        4    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

10/23/2008 14:06 FAX 415 433 7104          ROSEN BIEN GALVAN          Filed 10/24/2008          Page 4 of 4 ☑005
Oct-14-08   08:19am   From-BURNHAM BROWN                        +510 835 6666          T-016   P.005/006   F-164

Case 3:08-cv-01190-SI          Document 104

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

                                    _____
4                                   HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP OF SUBSTITUTION OF COUNSEL FOR        3   Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL