STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC., PAUL HOUSTON
SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | No. CV 08-01184 SI<br><br>**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS TO STAY AND DISMISS ACTION PENDING FURTHER PERSONAL JURISDICTION DISCOVERY** |

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS
TO STAY AND DISMISS                                                                                                          1
Case No.: CV 08-01184 SI

1        Pursuant to the Stipulation of counsel and good cause appearing, Defendants shall withdraw
2  their Motions to Stay and Motions to Dismiss (Docket Nos. 95, 99, 106 and 109), without
3  prejudice to re-file them at a later date to be determined by the Court pursuant to a schedule for
4  completion of personal jurisdiction discovery and for hearing Defendants Motions to Stay and
5
6  Dismiss, which will be established by the Court at the time of the March 20, 2009 hearing on
7  Plaintiffs' anticipated Motion to Compel. Plaintiffs shall not attempt to take the defaults of any of
8  the Defendants in this matter as a result of their withdrawal of the above-referenced Motion to Stay
9  and Motions to Dismiss.
10
11       **IT IS SO ORDERED.**
12
13 Dated:_____          _____
14                                         Honorable Susan Illston
15                                         United States District Court

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS
TO STAY AND DISMISS                                                              2
Case No.: CV 08-01184 SI