1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HELM, et al., on behalf of          )   **CASE NO.  3:08-CV-01184 SI**
    themselves and all other employees and former )
12  employees similarly situated,               )
                                                )
13                          Plaintiffs,          )   **[PROPOSED] ORDER PERMITTING**
                                                )   **TELEPHONIC APPEARANCES AT**
14          vs.                                  )   **CASE MANAGEMENT CONFERENCE**
                                                )
15  ALDERWOODS GROUP, INC.,                     )
                                                )
16                          Defendant.           )
                                                )
17                                              )
                                                )
18                                              )
                                                )
19  _____)

20        Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

21  as follows:

22        1.      Plaintiffs and Defendant shall attend the Case Management Conference set for

23  **February 18, 2011 at 3:00 p.m** by telephonic appearance.

24

25

26

27

28  **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE**
    **MANAGEMENT CONFERENCE**                                            1

IT IS SO ORDERED:

2/11/11

_____
Honorable Susan Illston
United States District Court

AGREED TO:

By: /s/ Sarah Cressman
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    Sarah Cressman (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY  14607
    Telephone:  585-272-0540
    Facsimile:  585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone:  412-281-4256
    Facsimile:  412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    David M. Daniels
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone:  916-797-3100
    Facsimile:  916-797-3131

    Counsel for Defendant

**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
MANAGEMENT CONFERENCE** 2